# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 23-04-BLG-SPW |
| Plaintiff, | |
| vs. | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |
| LIANNA ROSE COLLINS, | |
| Defendant. | |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on April 10, 2024. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on April 10, 2024 (Doc. 62). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 62) are ADOPTED IN FULL, and Defendant's plea of guilty to the charge in Count 2 of the Indictment is accepted.

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 25th day of April, 2024.

SUSAN P. WATTERS
United States District Judge

1